# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THUNDERBIRD TRADING POST, INC. | JUDGMENT IN A CIVIL CASE |
| v. | |
| U.S. BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, et al. | CASE NUMBER:  C92-5181RJB |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Plaintiff's Motion for Summary Judgment, Dkt #89, is DENIED. The Department of Revenue's Motion for Summary Judgement, Dkt #90, and the Federal Defendants' Motion for Summary Judgment, Dkt #91, are GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE. The Department of Revenue SHALL DISBURSE THE PROCEEDS from the sale of the contraband cigarettes in accordance with the law.

| | |
|---|---|
| April 18, 2007 | BRUCE RIFKIN |
| | Clerk |
| | |
| | /s/ Dara L. Kaleel |
| | By Dara L. Kaleel, Deputy Clerk |